ORIGINAL
SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>BRAD KENNETH SPAFFORD<br><br>Defendant | )<br>)   Case No. 2:24-mj-211<br>)   FID: 11745923<br>)   FBI<br>) |

*RECEIVED EASTERN DISTRICT OF VIRGINIA NORFOLK DIVISION 2024 DEC 10 P 2:15 UNITED STATES MARSHAL*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **BRAD KENNETH SPAFFORD**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Possession of a Firearm in Violation of the National Firearms Act, 26 U.S.C. § 5861(d)

Date:   12/10/2024

*Issuing officer's signature*

City and state:   Norfolk, Virginia

Hon. U.S. Magistrate Judge Robert J. Krask
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/10/24, and the person was arrested on *(date)* 12/17/24
at *(city and state)* Smithfield, VA.

Date:   12/18/24

*Arresting officer's signature*

Andrew Recker DUSM/TFO
*Printed name and title*